Roger M. Schrimp, State Bar No. 039379
Kathy L. Monday, State Bar No. 209084
Betty L. Julian, State Bar No. 222215
DAMRELL, NELSON, SCHRIMP,
 PALLIOS, PACHER & SILVA
1601 I Street, Fifth Floor
Modesto, CA 95354
Telephone:  (209) 526-3500
Facsimile:   (209) 526-3534

Attorneys for Plaintiff
Starlite Development (China) Ltd.

## UNITED STATE DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA (FRESNO DIVISION)

| | |
|---|---|
| STARLITE DEVELOPMENT (CHINA) LTD., <br><br> Plaintiff, <br><br> vs. <br><br> TEXTRON FINANCIAL CORPORATION; MCA FINANCIAL GROUP, LTD.; MORRIS C. AARON; JOHN F. TURNER & Co., Inc., a California corporation; JFTC, INC., a California corporation; MARK TURNER; JOHN F. TURNER; KATHALEEN A. TURNER and DOES 1 through 20, inclusive, <br><br> Defendants. | Case No.   1:07-CV-01767-OWW-DLB <br><br> [Originally filed in Stanislaus County Superior Court; Case No. 615882] <br><br> **ORDER OF DISMISSING CERTAIN DEFENDANTS WITHOUT PREJUDICE** <br><br> Action Filed:  June 1, 2007 <br> Trial Date:      TBA |

Plaintiff's Notice of Dismissal of Certain Defendants, a copy of which is attached hereto was filed in this action on December 18, 2007 voluntarily dismissing without prejudice the following individual defendants named in the First Amended Complaint that was originally filed in Stanislaus County Superior Court (Case No. 615882) by Plaintiff Starlite Development (China) Ltd., on or around June 1, 2007, and removed to this Court by Defendant's Morris C. Aaron and MCA Financial Group, Ltd., on or around December 5, 2007:

*Damrell Nelson*
*Schrimp Pallios*
*Pacher & Silva*
**A Professional**
**Corporation**

1

**[PROPOSED] ORDER DISMISSING CERTAIN DEFENDANTS WITHOUT PREJUDICE**

PDF created with pdfFactory trial version www.pdffactory.com

1.   MARK TURNER;

2.   JOHN F. TURNER; and

3.   KATHALEEN A. TURNER.

IT IS SO ORDERED:

DATE: December 19, 2007          /s/ OLIVER W. WANGER
                                  JUDGE OF THE UNITED STATES DISTRICT COURT

*Damrell Nelson*
*Schrimp Pallios*
*Pacher & Silva*
A Professional
Corporation

2

**[PROPOSED] ORDER DISMISSING CERTAIN DEFENDANTS WITHOUT PREJUDICE**

PDF created with pdfFactory trial version www.pdffactory.com