Roger M. Schrimp, State Bar No. 039379
Kathy L. Monday, State Bar No. 209084
Maria Fatima Gioletti, State Bar No. 218335
DAMRELL, NELSON, SCHRIMP,
 PALLIOS, PACHER & SILVA
1601 I Street, Fifth Floor
Modesto, CA 95354
Telephone:  (209) 526-3500
Facsimile:   (209) 526-3534

Attorneys for Plaintiff
Starlite Development (China) Ltd.

# UNITED STATE DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA (FRESNO DIVISION)

| | |
|---|---|
| STARLITE DEVELOPMENT  (CHINA) LTD.,<br><br>Plaintiff,<br><br>vs.<br><br>TEXTRON FINANCIAL CORPORATION; MCA FINANCIAL GROUP, LTD.; MORRIS C. AARON; JOHN F. TURNER & Co., Inc., a California corporation; JFTC, INC., a California corporation; MARK TURNER; JOHN F. TURNER; KATHALEEN A. TURNER and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.   1:07-CV-01767-OWW-DLB<br><br> [Originally filed in Stanislaus County Superior Court; Case No. 615882]<br><br>**STIPULATION AND ORDER RE PLAINTIFF'S DEPOSIT OF FUNDS IN FEDERAL DISTRICT COURT IN LIEU OF UNDERTAKING**<br><br>[*Facsimile signature-California Rules of Court, Rule 2.305(d)*]<br><br>Action Filed:   June 1, 2007<br>Trial Date:       TBA |

   IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Starlite Development (China) Ltd. ("Starlite"), and Defendant Textron Financial Corporation ("Textron Financial"), through their respective counsel of record as follows:

   1. On or about June 1, 2007, Starlite filed a complaint against defendants John F. Turner & Co. Inc., a California corporation; JFTC, Inc., a California corporation; Mark

*Damrell Nelson*
*Schrimp Pallios*
*Pacher & Silva*
**A Professional Corporation**

1

**STIPULATION AND ORDER RE PLAINTIFF'S DEPOSIT OF FUNDS IN FEDERAL DISTRICT COURT IN LIEU OF UNDERTAKING**

PDF created with pdfFactory trial version www.pdffactory.com

Turner; John F. Turner; Kathleen A. Turner; Textron Financial Corporation, and Does 1 through 20, in the Superior Court of California, County of Stanislaus, Case No. 615882 (hereinafter "State Court Action").

2.  On or around October 22, 2007, the Honorable Roger M. Beauchesne of the Stanislaus County Superior Court ordered Starlite to file an undertaking pursuant to Code of Civil Procedure Section 1030 in the State Court Action in the sum of $20,000.  A true and correct copy of said order entitled, Order (1) Sustaining In Part and Overruling in Part Defendant Textron Financial Corporation's Demurrer to Plaintiff's Verified Complaint; (2) Granting in Part Defendant Textron Financial Corporation's Motion for Order Requiring Plaintiff to File Undertaking for Costs, and (3) Granting in Part Defendant Textron Financial Corporation's Motion to Strike Portions of Plaintiff's Verified Complaint, is attached hereto as Exhibit "A".

3.  On or around November 27, 2007, plaintiff filed a First Amended Complaint for filing in the State Court Action for:  (1) Breach of Contract; (2) Fraud; (3) Aiding and Abetting Fraud (Textron); (4) Aiding and Abetting Fraud (MCA, Aaron); (5) Intentional Interference with Economic Advantage; (6) Intentional Interference with Contract; (7) Negligent Interference with Contractual and Economic Relationship; and (8) Unjust Enrichment-Imposition of Constructive Trust, against defendants Textron Financial Corporation; MCA Financial Group, Ltd., Morris C. Aaron; John F. Turner & Co., Inc., a California Corporation, JFTC, Inc., a California Corporation; and Does 1 through 20. (The First Amended Complaint was later file stamped on December 13, 2007.)

4.  On or around December 5, 2007, Defendants MCA Financial Group, Ltd. and Morris C. Aaron filed a notice of removal of the State Court Action to the above entitled action in the United States District Court, Eastern Division, thereby automatically divesting the superior court of jurisdiction over the matter.

5.  Attached hereto as Exhibit "B" is a copy of the Stipulation and Order Re Plaintiff's Deposit of Funds in Federal District Court in Lieu of Undertaking signed by the Honorable Roger M. Beauchesne and filed in the State Court Action on February 1, 2008.

PDF created with pdfFactory trial version www.pdffactory.com

1    6. The parties, by and through their respective counsel of record, hereby
2    stipulate that in lieu of filing an undertaking pursuant to Code of Civil Procedure Section
3    1030 in the Stanislaus County Superior Court, Starlite will deposit the sum of $20,000 in
4    the clerk's office of the United States District Court, Eastern Division, to secure any award
5    of costs and attorney's fees that may be made in favor of Textron Financial in the above-
6    entitled action. Said deposit shall be treated as an undertaking and shall be returned to
7    Starlite in the event the Court does not order costs and/or fees in favor of Textron.

8    IT IS SO STIPULATED.

9    DATED: February ____, 2008           DAMRELL, NELSON, SCHRIMP,
10                                                                   PALLIOS, PACHER & SILVA

12                                                     BY: _____
                                                              KATHY L. MONDAY
13                                                            MARIA FATIMA GIOLETTI
                                                              Attorneys for STARLITE
14                                                            DEVELOPMENT
15                                                            (China) LTD.

17   DATED: February ____, 2008           LEVY, SMALL & LALLAS

19                                                     BY: _____
                                                              LEO D. PLOTKIN
20                                                            MARK D. HURWITZ
21                                                            Attorneys for TEXTRON FINANCIAL
                                                              CORPORATION

23   IT IS SO ORDERED.

24   DATED: March 27, 2008

25                                    /s/ OLIVER W. WANGER
26                          JUDGE OF THE UNITED STATES DISTRICT COURT