Roger M. Schrimp, State Bar No. 039379
Kathy L. Monday, State Bar No. 209084
Betty L. Julian, State Bar No. 222215
DAMRELL, NELSON, SCHRIMP,
 PALLIOS, PACHER & SILVA
1601 I Street, Fifth Floor
Modesto, CA 95354
Telephone:  (209) 526-3500
Facsimile:   (209) 526-3534

Attorneys for Plaintiff
Starlite Development (China) Ltd.

**UNITED STATE DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA (FRESNO DIVISION)**

| | |
|---|---|
| STARLITE DEVELOPMENT  (CHINA) LTD.,<br><br>                   Plaintiff,<br><br>vs.<br><br>TEXTRON FINANCIAL CORPORATION; MCA FINANCIAL GROUP, LTD.; MORRIS C. AARON; JOHN F. TURNER & Co., Inc., a California corporation; JFTC, INC., a California corporation; MARK TURNER; JOHN F. TURNER; KATHALEEN A. TURNER and DOES 1 through 20, inclusive,<br><br>                   Defendants. | Case No.   1:07-CV-01767-OWW-DLB<br><br> [Originally filed in Stanislaus County Superior Court; Case No. 615882]<br><br>**ORDER DISMISSING ENTIRE ACTION**<br><br>**Ac**tion Filed:   June 1, 2007 |

Plaintiff's Notice of Dismissal of Entire Action, a copy of which is attached hereto was filed in this action on July 3, 2008 dismissing with prejudice the entire action and all defendants named therein.

IT IS SO ORDERED:

July 7, 2008                      /s/ OLIVER W. WANGER
                                              JUDGE OF THE UNITED STATES DISTRICT COURT

*Damrell Nelson Schrimp Pallios Pacher & Silva*
A Professional Corporation

1

**ORDER DISMISSING ENTIRE ACTION**