1   Roger M. Schrimp, State Bar No. 039379
    Kathy L. Monday, State Bar No. 209084
2   Maria Fatima Gioletti, State Bar No. 218335
    DAMRELL, NELSON, SCHRIMP,
3    PALLIOS, PACHER & SILVA
    1601 I Street, Fifth Floor
4   Modesto, CA 95354
    Telephone:  (209) 526-3500
5   Facsimile:   (209) 526-3534

6   Attorneys for Plaintiff
    Starlite Development (China) Ltd.
7

8

9                 UNITED STATE DISTRICT COURT

10      FOR THE EASTERN DISTRICT OF CALIFORNIA (FRESNO DIVISION)

11

| | |
|---|---|
| 12  STARLITE DEVELOPMENT  (CHINA)<br>13  LTD.,<br>14           Plaintiff,<br>15  vs.<br>16<br>17  TEXTRON FINANCIAL<br>     CORPORATION; MCA FINANCIAL<br>18  GROUP, LTD.; MORRIS C. AARON;<br>     JOHN F. TURNER & Co., Inc., a California<br>19  corporation; JFTC, INC., a California<br>20  corporation; MARK TURNER; JOHN F.<br>     TURNER; KATHALEEN A. TURNER and<br>21  DOES 1 through 20, inclusive,<br>22<br>23           Defendants. | Case No.   1:07-CV-01767-OWW-DLB<br><br>[Originally filed in Stanislaus County<br>Superior Court; Case No. 615882]<br><br>**ORDER FOR RETURN OF**<br>**PLAINTIFF'S DEPOSIT OF FUNDS**<br>**IN FEDERAL DISTRICT COURT IN**<br>**LIEU OF UNDERTAKING**<br><br>Action Filed:   June 1, 2007 |

24

25         The parties, by and through their respective counsel of record, having stipulated that

26   in lieu of filing an undertaking pursuant to Code of Civil Procedure Section 1030 in the

27   Stanislaus County Superior Court, Plaintiff Starlite would deposit the sum of $20,000 in the

28   clerk's office of the United States District Court, Eastern Division, to secure any award of

*Damrell Nelson*
*Schrimp Pallios*
*Pacher & Silva*
A Professional
Corporation

1  costs and attorney's fees that may be made in favor of Textron Financial in the above-

2  entitled action.

3      Said deposit was made on April 4, 2008.

4      The parties having advised this Court that the matter was settled through mediation

5  on June 25, 2008, the $20,000.000 shall be returned to Plaintiff Starlite through its counsel

6  DAMRELL, NELSON, SCHRIMP, PALLIOS, PACHER & SILVA at the address on file

7  herein.

8      IT IS SO ORDERED:

9

10  July 3, 2008                   /s/ OLIVER W. WANGER
                                   JUDGE OF THE UNITED STATES DISTRICT COURT

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Damrell Nelson*
*Schrimp Pallios*
*Pacher & Silva*
A Professional
Corporation

2

**ORDER FOR RETURN OF PLAINTIFF'S DEPOSIT OF FUNDS**
**IN FEDERAL DISTRICT COURT IN LIEU OF UNDERTAKING**